JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAYMOND HUNT, ) | |
| ) | |
| Petitioner, ) | No. CV 13-5319-CAS(AJW) |
| ) | |
| vs. ) | |
| ) | |
| W.L. MONTGOMERY, ) | JUDGMENT |
| ) | |
| Respondent. ) | |
| _____) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: January 7, 2014

_____
Christina A. Snyder
United States District Judge